# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**Max Muller, et al.,**

        **Plaintiffs,**

**-vs-**                                   **Case No.  03-2225-CM**

**American Management Association International,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**    This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Memorandum and Order entered on December 22, 2004, plaintiffs to take nothing and this action is dismissed on the merits.  Defendant to recover of plaintiffs its costs of action.

Date:  December 22, 2004               RALPH L. DeLOACH, CLERK

                                By: s/ Jane Casady
                                     Jane Casady, Deputy Clerk